IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRED RAY DARDEN, ) | |
| ) | |
| Plaintiff, ) | Case No. CV05-019-S-MHW |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| PRISON HEALTH SERVICES, INC., ) | |
| RANDY BLADES, Warden, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Pending before the Court is Plaintiff's Motion to Dismiss Case (Docket No. 10). Plaintiff has requested voluntary dismissal of the Complaint in this action. Accordingly, the Complaint will be dismissed without prejudice.

### ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss Case (Docket No. 10) is GRANTED. The Complaint is dismissed without prejudice to re-filing it.



DATED: **October 20, 2005**

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**ORDER - 1**